# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JEFFERY LUTTON, M.D., et al.,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 1:19-CV-01877<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 7th day of March, 2022, for the reasons contained in the Memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendants' motion *in limine* is **GRANTED in part and DENIED in part**. (Doc. 77).

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**